1

2                                                    The Honorable Ricardo S. Martinez

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**
                         **WESTERN DISTRICT OF WASHINGTON**
8                                   **AT SEATTLE**

UNITED STATES OF AMERICA,                )
9                                                )    NO.    CR 06-0338RSM
                    Plaintiff,                    )
10                                               )    STIPULATED MOTION AND
              v.                                 )    ORDER TO CONTINUE
                                                 )    TRIAL AND PRE-TRIAL
11   WESLEY MURCHISON,                           )    MOTIONS DUE DATE
                                                 )
12                  Defendant.                   )
     ------------------------------------------------------   )
13

14         THE COURT having considered the stipulation of parties, the records and files herein, and

15   the motion for continuance of pretrial motions due date, the Court hereby makes the following

16   findings:

17

18       1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable

19           time necessary for effective preparation, taking into account the exercise of due diligence,

20           within the meaning of 18 U.S.C. Sec. 3161(h)(8)(B)(ii).

         2.  The court further finds that the ends of justice will be served by ordering a continuance in
21
             this case and that a continuance is necessary to insure effective trial preparation.
22

23         IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in

24

25

Page- 1
S:\Martinez\DC-Criminal\Murchison CR06-338.stip-ord-cont-trial.doc

**JEFFREY H. SMITH**
**323 Queen Anne Ave. N.**
**Suite 102**
**Seattle, WA. 98109**
**(206) 340-0053**
**Fax (206) 284-9279**

1   this case is extended from November 2, 2006 to March 12, 2007, and the trial date is continued from

2   December 18, 2006 to April 23, 2007.  Any and all period of delay resulting from the granting of this

3   continuance, from the date of the filing of the defendant's motion until the date of the rescheduled

4   trial, shall be excludable time pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A).

5

6          Dated this 30th day of November, 2006.

7

8

9

10          RICARDO S. MARTINEZ
            UNITED STATES DISTRICT JUDGE

11

12

13   Dated this 7th day of November, 2006.

14

15

16          Respectfully submitted,

17           /s/  Jeffrey H. Smith
            Jeffrey H. Smith
18          Attorney for Defendant
            323 Queen Anne Ave. N.#102
19          Seattle, WA 98109
            Tel:  (206) 340-0053
20          Fax:  (206) 284-9279
            E-mail: Jeff@jeffsmithlaw.com
21

22

23

24

25

**JEFFREY H. SMITH**
**323 Queen Anne Ave. N.**
**Suite 102**
**Seattle, WA. 98109**
**(206) 340-0053**
**Fax (206) 284-9279**