The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.   CR 06-0338RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CONTINUE |
| | ) | TRIAL AND PRE-TRIAL |
| WESLEY MURCHISON, | ) | MOTIONS DUE DATE |
| | ) | |
| Defendant. | ) | |

**ORDER**

THE COURT having considered the stipulation of parties, the records and files herein, and the motion for continuance of pretrial motions due date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. Sec. 3161(h)(8)(B)(ii).

2. The court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these

- 1
S:\Martinez\Murchison CR06-338.ord-cont-trial.doc

**JEFFREY H. SMITH**
**323 Queen Anne Ave. N.**
**Suite 102**
**Seattle, WA. 98109**
**(206) 340-0053**
**Fax (206) 284-9279**

factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. Sec. 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued from December 18, 2006 to April 23, 2007, and the pretrial motions deadline is continued to March 12, 2007.

IT IS FURTHER ORDERED the period of time from the current trial date of December 18, 2006 up to and including the new trial date of April 23, 2007 shall be excluded time pursuant to the speedy Trial Act, 18 U.S.C. Sec. 3161 et. seq.

Dated this 14th day of December, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

- 2
S:\Martinez\Murchison CR06-338.ord-cont-trial.doc

JEFFREY H. SMITH
323 Queen Anne Ave. N.
Suite 102
Seattle, WA. 98109
(206) 340-0053
Fax (206) 284-9279

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed with the Clerk of the Court, using the CM/ECF system, the Motion for Severance, which will send notification of such filing to all counsel in the case.

s/Jeffrey H. Smith
Jeffrey H. Smith, WSBA #16437
Attorney for Defendant
323 Queen Anne Ave. N.#102
Seattle, WA 98109
Tel:  (206) 340-0053
Fax:  (206) 284-9279
E-mail: Jeff@jeffsmithlaw.com

- 3
S:\Martinez\Murchison CR06-338.ord-cont-trial.doc

**JEFFREY H. SMITH**
**323 Queen Anne Ave. N.**
**Suite 102**
**Seattle, WA. 98109**
**(206) 340-0053**
**Fax (206) 284-9279**